UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHERRY LEVANTSEYVCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:23-CV-02021-LMM |
| LIVE NATION WORLDWIDE, INC, | ) | |
| DEFENDANT JOHN DOE, & | ) | |
| ABC CORP | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION REGARDING PLAINTIFF'S CITIZENSHIP

COME NOW Plaintiff, **Sherry Levantseyvch**, and Defendant **Live Nation Worldwide, Inc.** (collectively "the Parties"), and stipulate to the following facts for the purpose of assisting the Court to determine subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a). The Parties stipulate as follows:

1.     Plaintiff Sherry Levantseyvch resides at 5297 Standish Drive, Troy, Michigan 48085;

2.     Sherry Levantseyvch is a resident of Michigan, and considers Michigan her home and place of domicile. She is registered to vote in Michigan, has a Michigan Driver's License, has her vehicle registered in Michigan, and has

her children enrolled in school in Michigan. Ms. Levantseyvch considers Michigan her true and fixed home; and

3.     Sherry Levantseyvch does not have any residences in Delaware or California, and she does not intend to reside in Delaware or California temporarily or permanently at any time in the future. Ms. Levantseyvch does not consider Delaware or California her place of domicile or citizenship.

Respectfully submitted this 19th day of May, 2023.

**CHAMPION LAW GROUP, LLC**

*/s/ Sean R. Campbell*
SEAN R. CAMPBELL
Georgia Bar No. 903652
*Counsel for Plaintiff*

4514 Chamblee-Dunwoody Road
Suite 335
Atlanta, Georgia 30338
470.299.1371 (ph)
888.414.8084 (fax)
efile@clggeorgia.com
s.campbell@clggeorgia.com

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jennifer L. Nichols*
MAREN R. CAVE
Georgia State Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Counsel for Defendant Live Nation*

2

*Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this pleading was prepared in Times New Roman font, 14 point, and complies with Local Rules 5.1(C) of the Northern District of Georgia.

This 19th day of May, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jennifer L. Nichols*
MAREN R. CAVE
Georgia State Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Counsel for Defendant Live Nation Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## <u>CETIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically transmitted **Stipulation Regarding Plaintiff's Citizenship** to the Clerk's Office using the CM/ECF System for filing and service, which will automatically send notification of such filing to the following attorneys of record and CM/ECF registrants:

Sean R. Campbell
Champion Law Group, LLC
4514 Chamblee-Dunwoody Road
Suite 335
Atlanta, GA 30338
s.campbell@clggeorgia.com
efile@clggeorgia.com
*Attorney for Plaintiff*

This 19th day of May, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jennifer L. Nichols*
MAREN R. CAVE
Georgia State Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Counsel for Defendant Live Nation Worldwide, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

4893-5558-1028, v. 1