**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SHERRY LEVANTSEVYCH,

                Plaintiff,

vs.

LIVE NATION WORLDWIDE, INC.,
DEFENDANT JOHN DOE & ABC
CORP.,

                Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION FILE NO:
1:23-CV-02021-LMM

## <u>PLAINTIFF'S INITIAL DISCLOSURES</u>

COMES NOW Sherry Levantsevych, Plaintiff in the above-styled action, and submits his/her Initial Disclosures as follows:

1.

*State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.*

RESPONSE:

**Classification of the Case:** This is a personal injury action that arises under Georgia law.

**Brief Factual Outline of the Case:**

On or about December 20, 2019, plaintiff was an invitee at Live Nation Atlanta located at 359 East Paces Ferry Rd. N.E #4, Atlanta, GA. 30305. Plaintiff slipped and fell on food that had fallen onto the floor and left unattended in front of a food station in a dimly lit room. There were no cones or other warnings in the area of the food station at the time of the fall. As a result of plaintiff's fall, she suffered cervical sprain, hip sprain, coccyx contusion, lower back and neck pain, contusion of lower back and pelvis, and sprain of ligaments of cervical spine.

**Statement of Legal Issues:**

Negligence , Causation, and damages are the issues to be decided in this case.

2.

*Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.*

RESPONSE:

O.C.G.A. § 51-3-1, O.C.G.A. § 51-2-2, and O.C.G.A. §51-2-4 were violated by the defendant in this case.

3.

*Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)*

RESPONSE:  See Attachment A.

4.

*Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.  (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)*

RESPONSE:  Plaintiff has not yet decided on experts for use at trial but reserves the right to supplement later. Plaintiff's medical providers may have expert knowledge of causation and damages. A list of Plaintiff's medical providers is attached as Attachment B.

5.

*Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody or control, that*

*you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.  (Attach document list and descriptions to Initial Disclosures as Attachment C.)*

RESPONSE:  See Attachment C.

6.

*In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed. R. Civ. P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D.)*

RESPONSE:

Past Medical Expenses: $82,251.53

Future Medical Expenses: To be determined,

Past and Future Pain and Suffering: To be determined by the enlightened conscience of the jury,

Plaintiff's medical bills and records will support her claims which have been requested by the plaintiffs but are still in possession of her medical providers.

7.

*Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.  (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)*

RESPONSE:  None.

8.

*Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.*

RESPONSE:  None.

This __27th__ day of __June__, 2023.

**/s/ Sean Campbell**
Sean Campbell
Attorney for Plaintiff
Georgia Bar No. 903652

CHAMPION LAW GROUP, LLC
4514 Chamblee-Dunwoody Rd
Suite 335
Atlanta, GA 30338
T: 470.299.1371
F: 888.414.8084

**Service Email:** efile@clggeorgia.com
Correspondence Email: s.campbell@clggeorgia.com

## PLAINTIFF'S INITIAL DISCLOSURES
## <u>ATTACHMENT A</u>

Dr. Scott Barbour
3240 NE Expressway
Chamblee, GA 30341
Injuries and Special Damages

Northside Hospital 1000 Johnson Ferry Road, NE
Atlanta, GA 30342
Injuries and Special Damages

American Health Imaging
60 Peachtree Park Drive, NE
Suite 100
Atlanta, GA 30309
Injuries and Special Damages

Dream Medical & Rehab Center
1355 Terrell Mill Road, SE
Building 1484
Suite 100
Marietta, GA 30067
Injuries and Special Damages

Plaintiff reserves the right to supplement this response as additional information is obtained in discovery.

## PLAINTIFF'S INITIAL DISCLOSURES

## <u>ATTACHMENT B</u>

Plaintiff has not yet determined what experts, if any, will be utilized at trial but will timely supplement as soon as that decision is made.

Plaintiff's medical providers may have expert knowledge of causation and damages.

Dr. Scott Barbour
3240 NE Expressway
Chamblee, GA 30341
Injuries and Special Damages

Northside Hospital 1000 Johnson Ferry Road, NE
Atlanta, GA 30342
Injuries and Special Damages

American Health Imaging
60 Peachtree Park Drive, NE
Suite 100
Atlanta, GA 30309
Injuries and Special Damages

Dream Medical & Rehab Center
1355 Terrell Mill Road, SE
Building 1484
Suite 100
Marietta, GA 30067
Injuries and Special Damages

**PLAINTIFF'S INITIAL DISCLOSURES**

**<u>ATTACHMENT C</u>**

1. Medical Bills and Records from Barbour Orthopedics
2. Medical Bills and Records from Northside Hospital Atlanta
3. Medical Bills and Records from American Health Imaging
4. Medical Bills and Records from Dream Medical & Rehab Center

Plaintiffs reserve the right to supplement this response as additional information is obtained in discovery.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the within and foregoing **Plaintiff's Initial Disclosures** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Jennifer L. Nichols
Swift, Currie, McGhee, & Hiers
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309

Dated on June 27, 2023

By: */s/ **Sean Campbell***
Sean Campbell

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SHERRY LEVANTSEVYCH,<br><br>     Plaintiff,<br><br>vs.<br><br>LIVE NATION WORLDWIDE, INC.,<br>DEFENDANT JOHN DOE & ABC<br>CORP.,<br><br>     Defendants. | **JURY TRIAL DEMANDED**<br><br><br>CIVIL ACTION FILE NO:<br>1:23-CV-02021-LMM |

## CERTIFICATE OF SERVICE AND COMPLIANCE
## WITH LOCAL RULE 5.1(B)

   I HEREBY CERTIFY that I have this day filed the *PLAINTIFFS RULE 26 INITIAL DISCLOSURES* with the Clerk of Court, using CM/ECF system and served a copy of the forgoing upon counsel of record via U.S. Mail, adequate postage prepaid, addressed as follows:


JENNIFER L. NICHOLS
SWIFT, CURRIE, MCGHEE, & HIERS
1420 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GA 30309
Jennifer.nichols@swiftcurrie.com

I further certify that the forgoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1.(b).

Respectfully submitted, this 27th day of June, 2023.

/s/ Sean Campbell
Sean Campbell
*Attorney for Plaintiff*
Georgia Bar No. 903652

**CHAMPION LAW GROUP, LLC**
4514 Chamblee-Dunwoody Rd
Suite 335
Atlanta, GA 30338
T: 470.299.1371
F: 888.414.8084
**Service Email:** efile@clggeorgia.com
Correspondence Email: S.campbell@clggeorgia.com